IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
APR 06 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR 22-106 G |
| TERRELL DENNIS HUBBARD, ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(d) |
| Defendant. ) | 28 U.S.C. § 2461(c) |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
### (Felon in Possession of Ammunition)

On or about February 14, 2022, within the Western District of Oklahoma, ---------------------------------- **TERRELL DENNIS HUBBARD,** ---------------------------- with knowledge that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition, to wit:

1. fifteen rounds of 9mm Luger caliber cartridges bearing the markings "WMA 19" on the head-stamp;

2. one round of 9mm Luger caliber ammunition bearing the markings "G.F.L. 9mm LUGER" on the head-stamp;

3. two rounds of 9mm Luger caliber ammunition containing the markings ".FC. 9MM.LUGER" on the head-stamp;

4. four rounds of 9mm Luger caliber ammunition bearing the markings "SIG 9mm LUGER" on the head-stamp;

5. two rounds of 5.56 NATO caliber ammunition bearing the markings "LC 21" on the head-stamp; and

6. one spent 5.56 NATO caliber cartridge case bearing the markings "LC 21" on the head-stamp,

which were in and affecting interstate commerce, in that said ammunition had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegation contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **TERRELL DENNIS HUBBARD** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense, including but not limited to:

1. fifteen rounds of 9mm Luger caliber cartridges bearing the markings "WMA 19" on the head-stamp;

2. one round of 9mm Luger caliber ammunition bearing the markings "G.F.L. 9mm LUGER" on the head-stamp;

3. two rounds of 9mm Luger caliber ammunition containing the markings ".FC. 9MM.LUGER" on the head-stamp;

4. four rounds of 9mm Luger caliber ammunition bearing the markings "SIG 9mm LUGER" on the head-stamp;

5. two rounds of 5.56 NATO caliber ammunition bearing the markings "LC 21" on the head-stamp;

6. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

WILSON D. McGARRY
Assistant United States Attorney